No. 03–1435. LAS VEGAS SANDS, INC. *v.* CULINARY WORKERS UNION, LOCAL 226. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–1458. PETIT ET AL. *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–1465. HUNT *v.* PERRY. Sup. Ct. Ark. Certiorari denied. ▮▮▮▮▮

No. 03–1470. LILEIKIS *v.* SBC AMERITECH. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–1471. YATES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–1474. SIMON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–1481. GUTIERREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–8334. MCLUCKIE *v.* ABBOTT, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. ▮▮▮▮▮

No. 03–8575. MCFADDEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–8946. VEGA-PACHECO *v.* UNITED STATES;
No. 03–9935. VEGA-COLON ET AL. *v.* UNITED STATES;
No. 03–9938. ALICEA-TORRES *v.* UNITED STATES;
No. 03–9940. GARCIA-GARCIA ET AL. *v.* UNITED STATES;
No. 03–10001. FERNANDEZ-MALAVE *v.* UNITED STATES; and
No. 03–10033. SOTO-BENIQUEZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 356 F. 3d 1.

No. 03–9152. HAKIM, AKA LOWERY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮▮▮▮▮

No. 03–9170. KING *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.